MARY HOAG, Respondent, *v.* SOUTH DOVER MARBLE COMPANY, Appellant.

(Submitted November 9, 1908; decided November 17, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 192 N. Y. 412.)

---

In the Matter of the Accounting of JOSEPHINE G. MANSKE, as Administratrix of the Estate of OTTO GUNTHER, Deceased, Appellant.

CHARLES O. GUNTHER, Respondent.

*Matter of Manske*, 121 App. Div. 919; 124 App. Div. 915, appeals dismissed.
(Argued November 9, 1908; decided November 17, 1908.)

MOTION to dismiss appeals from orders of the Appellate Division of the Supreme Court in the second judicial department, entered respectively October 18, 1907, and January 17, 1908, which modified and affirmed as modified a decree of the Kings County Surrogate's Court settling the accounts of the administratrix herein.

The motion was made upon the grounds that the notices of appeal were defective and that the parts of the orders attempted to be appealed from were not appealable to the Court of Appeals.

*Joseph Ullman* for motion.

*Edward C. Graves* opposed.

Motion granted and appeals dismissed, with costs, and ten dollars costs of motion.